**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MONTANA

Case number *(if known)* _____

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Scott**<br>First name<br><br>**C**<br>Middle name<br><br>**Brown**<br>Last name and Suffix (Sr., Jr., II, III) | **Lindsay**<br>First name<br><br>**Marie**<br>Middle name<br><br>**Brown**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | FKA Lindsay Marie Blount<br>FKA Lindsay Marie Morrison |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9245 | xxx-xx-9501 |

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 1

Debtor 1  **Scott C Brown**
Debtor 2  **Lindsay Marie Brown**                                                Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **125 W Front St. Apt. #3**<br>**Missoula, MT 59802**<br>Number, Street, City, State & ZIP Code<br><br>**Missoula**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1   **Scott C Brown**
Debtor 2   **Lindsay Marie Brown**                                        Case number *(if known)*

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

**11. Do you rent your residence?**

- ☐ No.   Go to line 12.
- ■ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ■ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 3

| Debtor 1 | Scott C Brown | | |
|---|---|---|---|
| Debtor 2 | Lindsay Marie Brown | Case number *(if known)* | |

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

■ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

Debtor 1 **Scott C Brown**
Debtor 2 **Lindsay Marie Brown** Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**About Debtor 1:** **About Debtor 2 (Spouse Only in a Joint Case):**

15. **Tell the court whether you have received a briefing about credit counseling.**

    The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

    If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Scott C Brown**
Debtor 2  **Lindsay Marie Brown**                                      Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Scott C Brown**                                    **/s/ Lindsay Marie Brown**
**Scott C Brown**                                        **Lindsay Marie Brown**
Signature of Debtor 1                                    Signature of Debtor 2

Executed on  **May 16, 2017**                            Executed on  **May 16, 2017**
             MM / DD / YYYY                                           MM / DD / YYYY

Debtor 1 **Scott C Brown**
Debtor 2 **Lindsay Marie Brown**        Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Daniel S. Morgan**      Date     **May 16, 2017**
Signature of Attorney for Debtor                 MM / DD / YYYY

**Daniel S. Morgan**
Printed name

**Morgan Pierce PLLP**
Firm name

**PO Box 1690**
**Missoula, MT 59806**
Number, Street, City, State & ZIP Code

Contact phone   **406-830-3875**      Email address   **dan@morgan-pierce.com / drew@morgan-pierce.com**

**3934**
Bar number & State

## United States Bankruptcy Court
### District of Montana

In re: **Scott C Brown**
**Lindsay Marie Brown**
Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **May 16, 2017**    **/s/ Scott C Brown**
**Scott C Brown**
Signature of Debtor

Date: **May 16, 2017**    **/s/ Lindsay Marie Brown**
**Lindsay Marie Brown**
Signature of Debtor

| | | |
|---|---|---|
| CSED<br>3075 N. Montana Ave Ste 112<br>Helena, MT 59620 | CB1, Inc.<br>dba CBM Collections<br>PO Box 7429<br>Missoula, MT 59807 | Jensen Jewelers<br>300 South 24th West Rimrock Mall<br>Billings, MT 59102 |
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | CBB Collections Inc<br>Attn: Bankruptcy<br>PO Box 31213<br>Billings, MT 59107 | KEI Property MGMT<br>PO Box 18041<br>Missoula, MT 59808 |
| MT Dept of Revenue<br>Bankruptcy Unit<br>PO Box 7701<br>Helena, MT 59604-7701 | CBS<br>PO Box 7339<br>Missoula, MT 59807 | Missoula Radiology<br>PO Box 4165<br>Missoula, MT 59806-4165 |
| AT&T Mobility<br>PO Box 6416<br>Carol Stream, IL 60197 | Charter Spectrum<br>924 S 3rd St. W<br>Missoula, MT 59801 | Montana-Dakota Utilities<br>5181 Southgate Dr.<br>Billings, MT 59101 |
| Ben Geordge, CPA<br>919 Broadwater Square<br>Billings, MT 59101 | CPI<br>3104 W Broadway St<br>Missoula, MT 59808-1614 | Mountain Water Co.<br>1345 W Broadway<br>Missoula, MT 59802 |
| Best Buy Credit Services<br>PO Box 790441<br>Saint Louis, MO 63179 | Credit Associates Inc<br>1308 12th Ave S<br>Great Falls, MT 59405 | N.W. Collectors<br>PO Box 2898<br>Missoula, MT 59806 |
| Blackfoot Communications<br>1221 N. Russell<br>Missoula, MT 59808 | Credit Service Company<br>Attn: Bankruptcy<br>PO Box 80908<br>Billings, MT 59108 | Nickel Auto Group<br>617 W Idaho St<br>Kalispell, MT 59901 |
| Calvary Portfolio Services<br>500 Summit Lake Ste 400<br>Valhalla, NY 10595 | Dubuque Bank & Trust<br>Attn: Bankruptcy<br>1398 Central Avenue<br>Dubuque, IA 52001 | NorthWestern Energy<br>40 E Broadway St.<br>Butte, MT 59701-9394 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | First Security Bank<br>Division of Glacier Bank<br>PO Box 4506<br>Missoula, MT 59806 | Onemain Financial/ Citifinancial<br>6801 Colwell Blvd<br>Ntsb-2320<br>Irving, TX 75039 |

Open Up Counseling, PLLC
127 North Higgins Ave, Ste. 307 D
Missoula, MT 59802

Synchrony Bank/ Lowe's
PO Box 956060
Orlando, FL 32896

Child Support Enforcement Division
Attn: Patrick Quinn, Esq.
2675 Palmer St, STE C
Missoula, MT 59808

Pathology Consultants of Western MT
PO Box 8660
Saint Louis, MO 63126-0660

U.S. Attorney - BK Notices
U.S. Court House
2601 Second Ave North
Box 3200
Billings, MT 59101

GC Services
PO Box 27346
Knoxville, TN 37927

PayPal Credit
PO Box 5138
Timonium, MD 21094

US Department of Education
ECMC/ Bankruptcy
PO Box 16408
St Paul, MN 55116

Health Services Asset MGMT
2201 Lind Ave Ste 30
Renton, WA 98057

Planned Parenthood of MT
1116 Grand Ave Ste 201
Billings, MT 59102-4284

Valley Federal Credit
PO Box 20417
Billings, MT 59104-0417

Onemain Financial, Inc.
Bankruptcy Department
PO Box 6042
Sioux Falls, SD 57117-6042

Riddle's Jewelry
300 South 24th W #1-A-1
Billings, MT 59102

Verizon Wireless
Bankruptcy Administration Dept
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

Perfection Collection
313 E 1200 S
Orem, UT 84058

Riverstone Health Clinic
123 South 27th Street
Billings, MT 59101-4200

Vivint
4931 North 300 West
Provo, UT 84604

Pinnacle Credit Services
PO Box 640
Hopkins, MN 55343

Rocky Mountain Bank
2615 King Ave West
Billings, MT 59108

Western Montana Clinic
PO Box 7609
Missoula, MT 59807-7609

Portfolio Recovery
PO Box 41067
Norfolk, VA 23541

St. Patrick Hospital
500 W Broadway St
Missoula, MT 59802

Western Security Bank
2812 1st Avenue North
Billings, MT 59101

Providence Business Services
PO Box 3177
Portland, OR 97208-3177

SYNCB/ Care Credit
Attn: Bankruptcy Dept.
PO Box 965061
Orlando, FL 32896

William Morrison
2800 Grenada Dr. Apt. 6
Great Falls, MT 59404