| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-888-474-6365 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | EA1-AK,HI,ID,MT,OR,WA,WY<br>04/22/2017<br>05/05/2017 | Business Unit:<br>Advice #:<br>Advice Date: | STRBU<br>000000074328495<br>05/12/2017 | |
|---|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **MT State** |
| Scott Brown<br>819 Charlo St.<br>Apt 100<br>MISSOULA, MT 59802 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 002299214<br>0605-Delivery<br>1682 - Missoula, MT<br>Customer Service Associate II<br>$10.960000 Hourly | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>1 | 0 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Overtime Hours | 16.448276 | 0.58 | 9.54 | 0.58 | 9.54 |
| Regular Hours | 10.960000 | 76.17 | 834.82 | 84.94 | 930.94 |
| **TOTAL:** | | **76.75** | **844.36** | **85.52** | **940.48** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 72.09 | 72.09 |
| Fed MED/EE | 12.25 | 13.64 |
| Fed OASDI/EE | 52.35 | 58.31 |
| MT Withholdng | 34.00 | 36.00 |
| **TOTAL:** | **170.69** | **180.04** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| GarnishmntChild (Amount) | 65.64 | 65.64 |
| GarnishmntChild (Co. Fee) | 2.50 | 2.50 |
| GarnishmntChild (Amount) | 109.56 | 109.56 |
| GarnishmntChild (Co. Fee) | 2.50 | 2.50 |
| **TOTAL:** | **180.20** | **180.20** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| | | |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 844.36 | 844.36 | 170.69 | 180.20 | 493.47 |
| YTD | 940.48 | 940.48 | 180.04 | 180.20 | 580.24 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000074328495 | Checking | ************7430 | 493.47 |
| **TOTAL:** | | | **493.47** |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2017 Fed W4

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-888-474-6365 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | EA1-AK,HI,ID,MT,OR,WA,WY<br>04/08/2017<br>04/21/2017 | Business Unit:<br>Advice #:<br>Advice Date: | STRBU<br>000000074039095<br>04/28/2017 | |
|---|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **MT State** |
| Scott Brown<br>819 Charlo St.<br>Apt 100<br>MISSOULA, MT 59802 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 002299214<br>0605-Delivery<br>1682 - Missoula, MT<br>Customer Service Associate II<br>$10.960000 Hourly | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>1 | 0 |

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | Current | | YTD | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Hours | 10.960000 | 8.77 | 96.12 | 8.77 | 96.12 | Fed Withholdng<br>Fed MED/EE<br>Fed OASDI/EE<br>MT Withholdng | 0.00<br>1.39<br>5.96<br>2.00 | 0.00<br>1.39<br>5.96<br>2.00 |
| TOTAL: | | 8.77 | 96.12 | 8.77 | 96.12 | TOTAL: | 9.35 | 9.35 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 0.00 | 0.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 96.12 | 96.12 | 9.35 | 0.00 | 86.77 |
| YTD | 96.12 | 96.12 | 9.35 | 0.00 | 86.77 |

| NET PAY DISTRIBUTION | | | | |
|---|---|---|---|---|
| | Account Type | Account Number | Deposit Amount | |
| Advice #000000074039095 | Checking | ************7430 | 86.77 | |
| TOTAL: | | | 86.77 | |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2017 Fed W4

| Employee Name | SCOTT C BROWN | | | | | | HROC 1-800-394-1885 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Number | 0069689834 | | 401K% After Tax | | 0.00 FED Exemptions | | MARRIED | 0 + $0 | | | |
| | | | 401K% Before Tax | | 0.00 STATE Exemptions | | MARRIED | 0 + $0 | DEPOSIT# | | |
| Total Hours YTD | 342.56 | | PH Available | | 0.0 PERIOD BEG | | 04/16/2017 | | CHECK# | 0010598225 | 9.90 |
| Current Total Hours Worked | | | Vac Available | | 0.01 PERIOD END | | 04/22/2017 | | TOTAL NET PAY | | 9.90 |
| Avg Hrs for mth ending | 03/29/17 22.53 | | Sick Remaining | | 0.0 CHECK DATE | | 04/28/2017 | | | | |

### HOURS AND EARNINGS

| DESCRIPTION | PRIOR BEG | PERIOD END | HRLY RATE | CURRENT HOURS | CURRENT EARNINGS | YEAR TO DATE HOURS | YEAR TO DATE EARNINGS |
|---|---|---|---|---|---|---|---|
| VacPayout | 04/16 | 04/22 | 10.710 | 1.51 | 16.17 | 1.51 | 16.17 |
| SHF $0.50 | | | | | 0.00 | 249.59 | 124.84 |
| Hol Prem | | | | | 0.00 | 5.27 | 83.00 |
| Regular | | | | | 0.00 | 335.78 | 3,525.74 |

### TAXES

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| Fed Withholdng | 4.04 | 126.58 |
| Fed MED/EE | 0.23 | 54.37 |
| Fed OASDI/EE | 1.00 | 232.48 |
| MT Withholdng | 1.00 | 117.00 |

### TOTAL EARNINGS AND TAXABLE BASES

| DESCRIPTION | CURRENT EARNINGS | YEAR TO DATE EARNINGS |
|---|---|---|
| Gross-Wages | 16.17 | 3,749.75 |
| Net-Pay | 9.90 | 3,219.32 |
| Fica-OASDI | 16.17 | 3,749.75 |
| Fica-Medicare | 16.17 | 3,749.75 |
| Federal | 16.17 | 3,749.75 |
| State | 16.17 | 3,749.75 |

### BEFORE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|

### AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|

MESSAGE: Target Corporation,1000 Nicollet Mall PO Box 9315,Minneapolis,MN 55440-9401

Employee Name:   SCOTT C BROWN
Employee ID :    0069689834
Address:         100
                 819 CHARLO ST
                 MISSOULA, MT 59802-2778

| Employee Name | SCOTT C BROWN | | | | | | HROC 1-800-394-1885 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee Number | 0069689834 | | 401K% After Tax | | 0.00 FED Exemptions | | MARRIED | 0 + $0 | | |
| | | | 401K% Before Tax | | 0.00 STATE Exemptions | | MARRIED | 0 + $0 | DEPOSIT# | |
| Total Hours YTD | 341.05 | | PH Available | | 0.0 PERIOD BEG | | 04/02/2017 | | CHECK# 0010528605 | 162.63 |
| Current Total Hours Worked | 16.350 | | Vac Available | | 1.52 PERIOD END | | 04/15/2017 | | TOTAL NET PAY | 162.63 |
| Avg Hrs for mth ending 03/29/17 22.53 | | | Sick Remaining | | 0.0 CHECK DATE | | 04/21/2017 | | | |

### HOURS AND EARNINGS

| DESCRIPTION | PRIOR BEG | PERIOD END | HRLY RATE | CURRENT HOURS | CURRENT EARNINGS | YEAR TO DATE HOURS | YEAR TO DATE EARNINGS |
|---|---|---|---|---|---|---|---|
| Regular | 04/02 | 04/15 | 10.500 | 16.35 | 171.68 | 335.78 | 3,525.74 |
| SHF $0.50 | 04/02 | 04/15 | 0.500 | 15.33 | 7.67 | 249.59 | 124.84 |
| Hol Prem | | | | | 0.00 | 5.27 | 83.00 |

### TAXES

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| Fed Withholdng | 0.00 | 122.54 |
| Fed MED/EE | 2.60 | 54.14 |
| Fed OASDI/EE | 11.12 | 231.48 |
| MT Withholdng | 3.00 | 116.00 |

### TOTAL EARNINGS AND TAXABLE BASES

| DESCRIPTION | CURRENT EARNINGS | YEAR TO DATE EARNINGS |
|---|---|---|
| Gross-Wages | 179.35 | 3,733.58 |
| Net-Pay | 162.63 | 3,209.42 |
| Fica-OASDI | 179.35 | 3,733.58 |
| Fica-Medicare | 179.35 | 3,733.58 |
| Federal | 179.35 | 3,733.58 |
| State | 179.35 | 3,733.58 |

### BEFORE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|
| | | |

### AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|
| | | |

MESSAGE: Target Corporation,1000 Nicollet Mall PO Box 9315,Minneapolis,MN 55440-9401

Employee Name: SCOTT C BROWN
Employee ID : 0069689834
Address: 100
819 CHARLO ST
MISSOULA, MT 59802-2778

| Employee Name | SCOTT C BROWN | | | | | | | HROC 1-800-394-1885 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Number | 0069689834 | | 401K% After Tax | | 0.00 FED Exemptions | | MARRIED | 0 + $0 | | | |
| | | | 401K% Before Tax | | 0.00 STATE Exemptions | | MARRIED | 0 + $0 | | | |
| Total Hours YTD | 324.70 | | PH Available | | 0.0 PERIOD BEG | | 03/19/2017 | | DEPOSIT# | | |
| Current Total Hours Worked | 32.350 | | Vac Available | | 1.21 PERIOD END | | 04/01/2017 | | CHECK# 0010451765 | | 315.74 |
| Avg Hrs for mth ending 03/29/17 | 22.53 | | Sick Remaining | | 0.0 CHECK DATE | | 04/07/2017 | | TOTAL NET PAY | | 315.74 |

| HOURS AND EARNINGS | | | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | PRIOR BEG | PERIOD END | HRLY RATE | CURRENT HOURS | CURRENT EARNINGS | YEAR TO DATE HOURS | YEAR TO DATE EARNINGS | DESCRIPTION | CURRENT | YEAR TO DATE |
| Regular | 03/19 | 04/01 | 10.500 | 32.35 | 339.68 | 319.43 | 3,354.06 | Fed Withholdng | 2.12 | 122.54 |
| SHF $0.50 | 03/19 | 04/01 | 0.500 | 28.50 | 14.26 | 234.26 | 117.17 | Fed MED/EE | 5.14 | 51.54 |
| Hol Prem | | | | | 0.00 | 5.27 | 83.00 | Fed OASDI/EE | 21.94 | 220.36 |
| | | | | | | | | MT Withholdng | 9.00 | 113.00 |

| TOTAL EARNINGS AND TAXABLE BASES | | |
|---|---|---|
| DESCRIPTION | CURRENT EARNINGS | YEAR TO DATE EARNINGS |
| Gross-Wages | 353.94 | 3,554.23 |
| Net-Pay | 315.74 | 3,046.79 |
| Fica-OASDI | 353.94 | 3,554.23 |
| Fica-Medicare | 353.94 | 3,554.23 |
| Federal | 353.94 | 3,554.23 |
| State | 353.94 | 3,554.23 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|
| DESCRIPTION | CURRENT NET | YEAR TO DATE | DESCRIPTION | CURRENT NET | YEAR TO DATE |

MESSAGE: Target Corporation, 1000 Nicollet Mall PO Box 9315, Minneapolis, MN 55440-9401

Employee Name:  SCOTT C BROWN
Employee ID :   0069689834
Address:        100
                819 CHARLO ST
                MISSOULA, MT  59802-2778

| Employee Name | SCOTT C BROWN | | | | | | HROC 1-800-394-1885 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee Number | 0069689834 | | 401K% After Tax | | 0.00 FED Exemptions | | MARRIED | 0 + $0 | | |
| | | | 401K% Before Tax | | 0.00 STATE Exemptions | | MARRIED | 0 + $0 | DEPOSIT# | |
| Total Hours YTD | 292.35 | | PH Available | | 0.0 PERIOD BEG | | 03/05/2017 | | CHECK# 0010374915 | 299.19 |
| Current Total Hours Worked | 30.330 | | Vac Available | | 0.58 PERIOD END | | 03/18/2017 | | TOTAL NET PAY | 299.19 |
| Avg Hrs for mth ending 03/01/17 | 22.63 | | Sick Remaining | | 0.0 CHECK DATE | | 03/24/2017 | | | |

### HOURS AND EARNINGS | TAXES

| DESCRIPTION | PRIOR BEG | PERIOD END | HRLY RATE | CURRENT HOURS | CURRENT EARNINGS | YEAR TO DATE HOURS | YEAR TO DATE EARNINGS | DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 03/05 | 03/18 | 10.500 | 30.33 | 318.47 | 287.08 | 3,014.38 | Fed Withholdng | 0.00 | 120.42 |
| SHF $0.50 | 03/05 | 03/18 | 0.500 | 28.34 | 14.17 | 205.76 | 102.91 | Fed MED/EE | 4.82 | 46.40 |
| Hol Prem | | | | | 0.00 | 5.27 | 83.00 | Fed OASDI/EE | 20.63 | 198.42 |
| | | | | | | | | MT Withholdng | 8.00 | 104.00 |

### TOTAL EARNINGS AND TAXABLE BASES

| DESCRIPTION | CURRENT EARNINGS | YEAR TO DATE EARNINGS |
|---|---|---|
| Gross-Wages | 332.64 | 3,200.29 |
| Net-Pay | 299.19 | 2,731.05 |
| Fica-OASDI | 332.64 | 3,200.29 |
| Fica-Medicare | 332.64 | 3,200.29 |
| Federal | 332.64 | 3,200.29 |
| State | 332.64 | 3,200.29 |

### BEFORE-TAX DEDUCTIONS | AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE | DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|---|---|---|
| | | | | | |

MESSAGE: Target Corporation, 1000 Nicollet Mall PO Box 9315, Minneapolis, MN 55440-9401

Employee Name: SCOTT C BROWN
Employee ID : 0069689834
Address: 100
819 CHARLO ST
MISSOULA, MT 59802-2778

# DORSEY
### always ahead

Dorsey & Whitney LLP
50 South 6th Street, Ste 1500
Minneapolis, MN 55402
612-340-2600

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/01/2017 |
| Period End Date | 05/14/2017 |
| Pay Date | 05/12/2017 |
| Document | 401172 |
| Net Pay | $764.36 |

## Pay Details

Lindsay M Brown
819 Charlo St #100
Missoula, MT 59802
USA

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee Number | 10110 | Pay Group | Biweekly Staff | Federal Income Tax | M | 1 |
| SSN | | Location | Missoula | MT State Income Tax (Residence) | M | 1 |
| Job | Legal Secretary III, MS | Group | STAFF - Non-Attorney Staff | MT State Income Tax (Work) | M | 1 |
| Pay Rate | $0.00 | Function | LEGSEC - Legal Secretaries | | | |
| Pay Frequency | Biweekly | Department | 008 - Public Finance | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Annual Bonus | 0.0000 | $0.0000 | $0.00 | $351.42 |
| Floating HOL | 0.0000 | $0.0000 | $0.00 | $142.60 |
| PTO Carryover | 0.0000 | $0.0000 | $0.00 | $152.09 |
| PTO Use | 4.5000 | $17.8255 | $80.21 | $717.46 |
| Regular-Hourly | 71.0000 | $17.8255 | $1,265.61 | $12,723.62 |
| TOWP | 4.5000 | $0.0000 | $0.00 | $0.00 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $9.55 | $95.50 | $28.66 | $286.60 |
| Garnishment 1 | No | $200.00 | $1,200.00 | $0.00 | $0.00 |
| Health Opt B | Yes | $151.10 | $1,511.00 | $503.03 | $5,030.30 |
| Optional AD&D | No | $0.69 | $6.90 | $0.00 | $0.00 |
| Optional Life | No | $2.77 | $27.70 | $0.00 | $0.00 |
| Personal Charge | No | $2.76 | $22.81 | $0.00 | $0.00 |
| Vision | Yes | $5.17 | $51.70 | $1.46 | $14.60 |
| AD&D | No | $0.00 | $0.00 | $0.34 | $3.40 |
| Basic Life | No | $0.00 | $0.00 | $1.98 | $19.80 |
| Emp Assist Prog | No | $0.00 | $0.00 | $0.50 | $5.00 |
| LTD | No | $0.00 | $0.00 | $6.13 | $61.13 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $69.15 | $821.81 |
| Employee Medicare | $17.11 | $180.22 |
| Social Security Employee Tax | $73.16 | $770.60 |
| MT State Income Tax | $50.00 | $539.00 |

| Paid Time Off | Net Pay Distribution |
|---|---|

| Plan | Current | Balance | Account Number | Account Type | Amount |
|---|---|---|---|---|---|
| Floating Hol | 0.0000 | -0.2500 | Check amount | | $764.36 |
| Paid Time Off | 4.3564 | 4.3377 | Total | | $764.36 |
| Volunteer Day | 0.0000 | 7.7500 | | | |

| Pay Summary | | | | | |
|---|---|---|---|---|---|
| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| Current | $1,345.82 | $1,180.00 | $209.42 | $372.04 | $764.36 |
| YTD | $14,087.19 | $12,428.99 | $2,311.63 | $2,915.61 | $8,859.95 |

Dorsey & Whitney LLP  
50 South 6th Street, Ste 1500  
Minneapolis, MN 55402  
612-340-2600

| Lindsay M. Brown | | | Paygroup | BWSTF | FIT | M 1 | Check No | 401148 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 819 Charlo St #100 | | | Location | MS | SIT res | M 1 | Check Date | 4/28/2017 |
| Missoula, MT 59802 | | | Group | STAFF | SIT work | M 1 | Period Start | 4/17/2017 |
| | | | Function | LEGSEC | | | Period End | 4/30/2017 |
| | | Emp No  10110 | Department | 008 | | | Job | LSIIIMS |

## COMPANY MESSAGE

### EARNINGS

| Pay Type | Piece Units | Piece Rate | Period Start | Period End | Hours | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Annual Bonus | | | | | | | | 351.42 |
| Floating HOL | | | | | | | | 142.60 |
| PTO Carryover | | | | | | | | 152.09 |
| PTO Use | | | | | 4.00 | 17.8255 | 71.30 | 637.25 |
| Regular-Hourly | | | | | 64.00 | 17.8255 | 1,140.83 | 11,458.01 |
| TOWP | | | | | 12.00 | | | |

Total Hours  80.00

### DEDUCTIONS

| Deduction | Current | YTD |
| --- | --- | --- |
| Dental | 9.55 | 85.95 |
| Garnishment 1 | 200.00 | 1,000.00 |
| Health Opt B | 151.10 | 1,359.90 |
| Optional AD&D | 0.69 | 6.21 |
| Optional Life | 2.77 | 24.93 |
| Personal Charge | | 20.05 |
| Vision | 5.17 | 46.53 |

### TAXES

| Tax Code | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | 55.78 | 752.66 |
| Employee Medicare | 15.17 | 163.11 |
| Social Security Empl | 64.87 | 697.44 |
| MT State Income Tax | 42.00 | 489.00 |

### EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
| --- | --- | --- |
| Floating Hol | -0.25 | -0.25 |
| Paid Time Off | 3.92 | 4.48 |
| Volunteer Day | | 7.75 |

### NET PAY DISTRIBUTION

| Account Number | Type | YTD |
| --- | --- | --- |
| | | |

| | GROSS | TAXES | DEDS | NET PAY |
| --- | --- | --- | --- | --- |
| CURRENT | 1,212.13 | 177.82 | 369.28 | 665.03 |
| YTD | 12,741.37 | 2,102.21 | 2,543.57 | 8,095.59 |

Check Amount  665.03  
Total Net Pay  665.03

# DORSEY
### always ahead

Dorsey & Whitney LLP  
50 South 6th Street, Ste 1500  
Minneapolis, MN 55402  
612-340-2600

**Pay Statement**

| | |
|---|---|
| Period Start Date | 04/03/2017 |
| Period End Date | 04/16/2017 |
| Pay Date | 04/14/2017 |
| Document | 401123 |
| Net Pay | $806.78 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| **Lindsay M Brown** | Employee Number | 10110 | Pay Group | Biweekly Staff | Federal Income Tax  M 1 |
| 819 Charlo St #100 | SSN | | Location | Missoula | MT State Income Tax  M 1 (Residence) |
| Missoula, MT 59802 | Job | Legal Secretary III, MS | Group | STAFF - Non-Attorney Staff | MT State Income Tax (Work)  M 1 |
| USA | | | Function | LEGSEC - Legal Secretaries | |
| | Pay Rate | $0.00 | | | |
| | Pay Frequency | Biweekly | Department | 008 - Public Finance | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Annual Bonus | 0.0000 | $0.0000 | $0.00 | $351.42 |
| Floating HOL | 0.0000 | $0.0000 | $0.00 | $142.60 |
| PTO Carryover | 0.0000 | $0.0000 | $0.00 | $152.09 |
| PTO Use | 0.0000 | $0.0000 | $0.00 | $565.95 |
| Regular-Hourly | 80.0000 | $17.8255 | $1,426.04 | $10,317.18 |

Total Hours 80.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Dental | Yes | $9.55 | $76.40 | $28.66 | $229.28 |
| Garnishment 1 | No | $200.00 | $800.00 | $0.00 | $0.00 |
| Health Opt B | Yes | $151.10 | $1,208.80 | $503.03 | $4,024.24 |
| Optional AD&D | No | $0.69 | $5.52 | $0.00 | $0.00 |
| Optional Life | No | $2.77 | $22.16 | $0.00 | $0.00 |
| Personal Charge | No | $18.67 | $20.05 | $0.00 | $0.00 |
| Vision | Yes | $5.17 | $41.36 | $1.46 | $11.68 |
| AD&D | No | $0.00 | $0.00 | $0.34 | $2.72 |
| Basic Life | No | $0.00 | $0.00 | $1.98 | $15.84 |
| Emp Assist Prog | No | $0.00 | $0.00 | $0.50 | $4.00 |
| LTD | No | $0.00 | $0.00 | $6.13 | $48.87 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $79.90 | $696.88 |
| Employee Medicare | $18.27 | $147.94 |
| Social Security Employee Tax | $78.14 | $632.57 |
| MT State Income Tax | $55.00 | $447.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|

| Floating Hol  | 0.0000 | -0.2500 | Check amount | $806.78 |
| Paid Time Off | 4.6160 | 4.5577  | Total        | $806.78 |
| Volunteer Day | 0.0000 | 7.7500  |              |         |

## Pay Summary

|         | Gross       | FIT Taxable Wages | Taxes      | Deductions | Net Pay    |
|---------|-------------|-------------------|------------|------------|------------|
| Current | $1,426.04   | $1,260.22         | $231.31    | $387.95    | $806.78    |
| YTD     | $11,529.24  | $10,202.68        | $1,924.39  | $2,174.29  | $7,430.56  |

**DORSEY**
*always ahead*

Dorsey & Whitney LLP
50 South 6th Street, Ste 1500
Minneapolis, MN 55402
612-340-2600

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/20/2017 |
| Period End Date | 04/02/2017 |
| Pay Date | 03/31/2017 |
| Document | 401090 |
| Net Pay | $825.45 |

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Lindsay M Brown | Employee Number | 10110 | Pay Group | Biweekly Staff | Federal Income Tax | M 1 |
| 819 Charlo St #100 | SSN | | Location | Missoula | MT State Income Tax (Residence) | M 1 |
| Missoula, MT 59802 | Job | Legal Secretary III, MS | Group | STAFF - Non-Attorney Staff | MT State Income Tax (Work) | M 1 |
| USA | Pay Rate | $0.00 | Function | LEGSEC - Legal Secretaries | | |
| | Pay Frequency | Biweekly | Department | 008 - Public Finance | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Annual Bonus | 0.0000 | $0.0000 | $0.00 | $351.42 |
| Floating HOL | 0.0000 | $0.0000 | $0.00 | $142.60 |
| PTO Carryover | 0.0000 | $0.0000 | $0.00 | $152.09 |
| PTO Use | 0.0000 | $0.0000 | $0.00 | $565.95 |
| Regular-Hourly | 80.0000 | $17.8255 | $1,426.04 | $8,891.14 |

Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $9.55 | $66.85 | $28.66 | $200.62 |
| Garnishment 1 | No | $200.00 | $600.00 | $0.00 | $0.00 |
| Health Opt B | Yes | $151.10 | $1,057.70 | $503.03 | $3,521.21 |
| Optional AD&D | No | $0.69 | $4.83 | $0.00 | $0.00 |
| Optional Life | No | $2.77 | $19.39 | $0.00 | $0.00 |
| Personal Charge | No | $0.00 | $1.38 | $0.00 | $0.00 |
| Vision | Yes | $5.17 | $36.19 | $1.46 | $10.22 |
| AD&D | No | $0.00 | $0.00 | $0.34 | $2.38 |
| Basic Life | No | $0.00 | $0.00 | $1.98 | $13.86 |
| Emp Assist Prog | No | $0.00 | $0.00 | $0.50 | $3.50 |
| LTD | No | $0.00 | $0.00 | $6.13 | $42.74 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $79.90 | $616.98 |
| Employee Medicare | $18.28 | $129.67 |
| Social Security Employee Tax | $78.13 | $554.43 |
| MT State Income Tax | $55.00 | $392.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|

| Floating Hol   | 0.0000 | -0.2500 | Check amount |          |          | $825.45 |
|----------------|--------|---------|--------------|----------|----------|---------|
| Paid Time Off  | 4.6160 | -0.0583 | Total        |          |          | $825.45 |
| Volunteer Day  | 0.0000 | 7.7500  |              |          |          |         |

| Pay Summary | | | | | |
|---|---|---|---|---|---|
|         | Gross       | FIT Taxable Wages | Taxes      | Deductions | Net Pay    |
| Current | $1,426.04   | $1,260.22         | $231.31    | $369.28    | $825.45    |
| YTD     | $10,103.20  | $8,942.46         | $1,693.08  | $1,786.34  | $6,623.78  |

# DORSEY
### always ahead

Dorsey & Whitney LLP
50 South 6th Street, Ste 1500
Minneapolis, MN 55402
612-340-2600

**Pay Statement**
Period Start Date 03/06/2017
Period End Date 03/19/2017
Pay Date 03/17/2017
Document 401069
Net Pay $825.46

## Pay Details

| Lindsay M Brown | Employee Number | 10110 | Pay Group | Biweekly Staff | Federal Income Tax | M 1 |
| 819 Charlo St #100 | SSN | ---- 1 | Location | Missoula | MT State Income Tax (Residence) | M 1 |
| Missoula, MT 59802 | Job | Legal Secretary III, MS | Group | STAFF - Non-Attorney Staff | MT State Income Tax (Work) | M 1 |
| USA | Pay Rate | $0.00 | Function | LEGSEC - Legal Secretaries | | |
| | Pay Frequency | Biweekly | Department | 008 - Public Finance | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Annual Bonus | 0.0000 | $0.0000 | $0.00 | $351.42 |
| Floating HOL | 0.0000 | $0.0000 | $0.00 | $142.60 |
| PTO Carryover | 0.0000 | $0.0000 | $0.00 | $152.09 |
| PTO Use | 16.0000 | $17.8255 | $285.21 | $565.95 |
| Regular-Hourly | 64.0000 | $17.8255 | $1,140.83 | $7,465.10 |

Total Hours 80.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Dental | Yes | $9.55 | $57.30 | $28.66 | $171.96 |
| Garnishment 1 | No | $200.00 | $400.00 | $0.00 | $0.00 |
| Health Opt B | Yes | $151.10 | $906.60 | $503.03 | $3,018.18 |
| Optional AD&D | No | $0.69 | $4.14 | $0.00 | $0.00 |
| Optional Life | No | $2.77 | $16.62 | $0.00 | $0.00 |
| Personal Charge | No | $0.00 | $1.38 | $0.00 | $0.00 |
| Vision | Yes | $5.17 | $31.02 | $1.46 | $8.76 |
| AD&D | No | $0.00 | $0.00 | $0.34 | $2.04 |
| Basic Life | No | $0.00 | $0.00 | $1.98 | $11.88 |
| Emp Assist Prog | No | $0.00 | $0.00 | $0.50 | $3.00 |
| LTD | No | $0.00 | $0.00 | $6.13 | $36.61 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $79.90 | $537.08 |
| Employee Medicare | $18.27 | $111.39 |
| Social Security Employee Tax | $78.13 | $476.30 |
| MT State Income Tax | $55.00 | $337.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|

https://n31.ultipro.com/handlers/WebPayStatementHandler.ashx?EEID=AT2K030010K0... 4/27/2017

| | | | | | |
|---|---|---|---|---|---|
| Floating Hol | | 0.0000 | -0.2500 | Check amount | $825.46 |
| Paid Time Off | | 4.6160 | -4.6743 | Total | $825.46 |
| Volunteer Day | | 0.0000 | 7.7500 | | |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,426.04 | $1,260.22 | $231.30 | $369.28 | $825.46 |
| YTD | $8,677.16 | $7,682.24 | $1,461.77 | $1,417.06 | $5,798.33 |